# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**EMILIO PINERO,**

        **Plaintiff,**

**-vs-**                         **Case No. 6:09-cv-1650-Orl-31DAB**

**GATOR INTERCHANGE PARTNERS, LLP.,**

        **Defendant.**

_____

## ORDER

On April 9, 2011, Plaintiff filed a Motion for Reconsideration (Doc. 85) of Magistrate Judge Baker's Order (Doc. 84) granting Defendant's Motion for Protective Order (Doc. 82). The Court construes this Motion as an appeal of the Magistrate Judge's Order pursuant to Fed.R.Civ.P. 72(a). Defendant filed a response (Doc. 87) and Plaintiff filed an unauthorized reply (Doc. 88).

Upon consideration of the above, the Court concludes that Plaintiff's Motion is patently without merit. The Magistrate Judge's Order is legally correct and will be affirmed. It is, therefore

**ORDERED** that Plaintiff's Motion is DENIED.

It is further **ORDERED** that Plaintiff's counsel shall show cause in writing by April 29, 2011 why sanctions should not be imposed pursuant to 28 U.S.C. Sec. 1927 for her vexatious effort to invade Defendant's work product.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on April 18, 2011.

Copies furnished to:

Counsel of Record
Unrepresented Party

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE